**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00242-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

ANDREA HAMMOND, J.D.,

    Plaintiff,

v.

ICCS (Intervention Community Correction Services),
SUSAN KELLER, Parole Officer,
GERI ANNA, Last Name Unknown, (AASC Worker at ICCS),
ALL MEMBERS OF BOARD OF DIRECTORS OF ICCS,
GREG KILDEN, ICCS CEO,
JEFF GEIST,
DEPARTMENT OF CORRECTIONS, and
STATE OF COLORADO,

    Defendants.

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

On January 28, 2014, Plaintiff submitted a Prisoner's Civil rights Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action.  As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the documents are deficient as described in this Order.  Plaintiff will be directed to cure the following if she wishes to pursue any claims in this Court in this action.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit:**

(1)    __   is not submitted

(2) __ is missing affidavit
(3) __ is missing certified copy of prisoner's trust fund statement for the **6-month period immediately preceding** this filing
(4) __ is missing certificate showing current balance in prison account
(5) __ is missing required financial information
(6) __ is missing authorization to calculate and disburse filing fee payments
(7) __ is missing an original signature by the prisoner
(8) X  is not on proper form
(9) __ names in caption do not match names in caption of complaint, petition or habeas application
(10) __ other:

**Complaint, Petition or Application**:

(11) __ is not submitted
(12) X  is not on proper form
(13) __ is missing an original signature by the prisoner
(14) __ is missing page nos. __
(15) __ uses et al. instead of listing all parties in caption
(16) __ names in caption do not match names in text
(17) __ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) __ other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that the Clerk of the Court is directed to send to Plaintiff two copies of Plaintiff shall obtain the Prisoner Complaint form and the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form (revised 10/1/12). It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies,

**within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED January 28, 2014, at Denver, Colorado.

                                                      BY THE COURT:

                                                     s/ Boyd N. Boland
                                                   United States Magistrate Judge