IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00242-BNB

ANDREA HAMMOND,

    Plaintiff,

v.

INTERVENTION COMMUNITY CORRECTIONS SERVICES, ICCS,
GREG KILDOW, CEO,
ALL THE BOARD OF DIRECTORS OF ICCS, and
GERI ANNA ECHLENBERG, Case Manager at ICCS,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that this case does not appear to be appropriate for summary dismissal and that the case should be drawn to a presiding judge and, if appropriate, to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

ORDERED that this case shall be drawn to a presiding judge and, if appropriate, to a magistrate judge.

DATED April 2, 2014, at Denver, Colorado.

                                            BY THE COURT:

                                            s/ Boyd N. Boland
                                            United States Magistrate Judge