IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00242-WJM-MEH

ANDREA HAMMOND, J.D.,

    Plaintiff,

v.

I.C.C.S., Intervention Community Correction Services,
GREG KILDOW, CEO,
ALL THE BOARD OF DIRECTORS OF ICCS, and
GERI ANN ECHLENBERG, Case Manager at ICCS,

    Defendants.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 18, 2014.**

    Plaintiff's Motion to Amend Complaint [filed July 17, 2014; docket #40] is **denied without prejudice**. Plaintiff failed to attach a copy of a proposed amended pleading for the Court's review to determine whether justice requires the requested amendments. The Plaintiff may re-file her motion, to which she must attach a proposed Third Amended Complaint, on or before July 31, 2014.

    In addition, the Court notes that Plaintiff filed an "Amended Response to Defendant's Motion to Dismiss" [docket #41]. The document is **stricken** for failure to comply with this Court's local rule. Pursuant to D.C. Colo. LCivR 7.1(c), a response brief and a reply brief may be filed within the required time period; here, both briefs have been filed by the parties. However, no rule permits the filing of an "amended response" without leave of the Court.