IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00242-MEH

ANDREA HAMMOND, J.D.,

    Plaintiff,

v.

INTERVENTION,
ICCS (Intervention Community Correction Services), a subsidiary of Intervention,
GREG KILDOW, CEO of Intervention,
ALL THE BOARD OF DIRECTORS OF INTERVENTION, and
GERI ANN ECHLENBERG, Case Manager at ICCS,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 9, 2015**.

    Plaintiff's Motion to Issue Subpoenas [filed March 9, 2015; docket #62] is **denied without prejudice**. Plaintiff's request, dated March 5, 2015, seeks "assistance in issuing subpoenas to get medical records pertinent as evidence at her trial." However, according to the docket, discovery closed in this case on February 27, 2015; accordingly, the Plaintiff must first seek to reopen discovery and demonstrate good cause for doing so. *See Smith v. United States*, 834 F.2d 166, 169 (10th Cir. 1987).

    Plaintiff's Motion to Reschedule Trial Date [filed March 9, 2015; docket #63] is **denied as moot**. No trial has been yet scheduled in this case; moreover, the Plaintiff provides no reason why she cannot attend the Final Pretrial Conference by telephone on May 13, 2015.