IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00242-MEH

ANDREA HAMMOND, J.D.,

    Plaintiff,

v.

INTERVENTION,
ICCS (Intervention Community Correction Services), a subsidiary of Intervention,
GREG KILDOW, CEO of Intervention,
ALL THE BOARD OF DIRECTORS OF INTERVENTION, and
GERI ANN ECHLENBERG, Case Manager at ICCS,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 30, 2015**.

    Plaintiff's Motion for the Court's Assistance in Order for Plaintiff to Attend Hearing Telephonically [filed March 27, 2015; docket #82] is **granted** as follows.  The Clerk of the Court is directed to immediately contact a representative at Natrona County Jail at (307) 235-9524 to confirm the time and date of the *April 7, 2015* hearing (not April 2, as Plaintiff states), then at the time of the hearing, the Clerk shall call the same number to arrange for Plaintiff to participate in the hearing.

    Defendants' Motion to Vacate Motions Hearing Set for April 7, 2015 [filed March 29, 2015; docket #84] is **denied**.  The Court finds that the filing of Defendants' motion for summary judgment does not demonstrate good cause to vacate the hearing.