IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:14-cv-00242-MEH | Date: | April 27, 2015 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*   *Counsel:*

ANDREA HAMMOND, J.D.   Pro se

   Plaintiffs,

v.

I.C.C.S. ET AL   Thomas Stocker

   Defendant.

**COURTROOM MINUTES**
**MOTION HEARING**

**2:02 p.m.**     **Court in session.**

Court calls case.  Appearances of counsel.  Pro se plaintiff appeared by telephone.

Regarding [68] Response to Minute Order and Request for Assistance Obtaining Discovery by Plaintiff,  IT IS ORDERED that the defendant is to obtain signed releases from the plaintiff to obtain medical records from St. Anthony's and St. Thomas Moore.  Upon receipt of medical records, the defendant shall provide copies to the plaintiff.

[61] MOTION to Force Disclosures by Plaintiff Andrea Hammond J.D. was GRANTED IN PART AND DENIED IN PART as follows and as stated on the record:

    The defendant is to provide copies of ICCS and Intervention's policies and procedures that they have in their possession regarding computer use and emergency medicine.

    The defendant is to produce disciplinary records from August 2012-2013 regarding residents smoking inside.

    The defendant is to produce any contact information that they have regarding those parties named on the record.

    The defendant is to produce Bates 037 and 038 to the plaintiff.

IT IS FURTHER ORDERED that the above documents are to be provided by May 15, 2015.

[65] MOTION to Add Defendants Names by Plaintiff Andrea Hammond J.D. is DENIED.

[76] MOTION to Strike Plaintiff's Rule 26 Disclosures [64] by Defendants is DENIED.

IT IS FURTHER ORDERED that the Final Pretrial Conference is RESET to **June 10, 2015 at 10:30 a.m.** before U.S. Magistrate Judge Hegarty, Courtroom A 501.  The plaintiff shall appear by telephone.

ORAL MOTION by the defendant to take the deposition of the plaintiff is GRANTED.  The defendant is to contact the facility where the plaintiff is incarcerated to make the arrangements.

The defendant is to provide the initial copy of the Pretrial Order to the plaintiff on or before 5/29/2015.  The plaintiff is to return a copy to the defendant with her corrections on or before 6/5/2015.

The defendant is granted an additional three pages and a deadline of May 4, 2015 to reply to the plaintiff's response to the pending [83] Motion for Summary Judgment.  The plaintiff is granted three pages and a deadline of one week beyond her receipt of the defendant's supplemental brief to file her response.

[97]  (Motion) Letter to Dismiss Plaintiff's Third Amended Answer is DENIED.

**3:06 p.m.      Court in recess.**   Hearing concluded.
Total in-court time    01:04

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.