IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00242-MEH

ANDREA HAMMOND, J.D.,

    Plaintiff,

v.

INTERVENTION,
ICCS (Intervention Community Correction Services), a subsidiary of Intervention,
GREG KILDOW, CEO of Intervention,
ALL THE BOARD OF DIRECTORS OF INTERVENTION, and
GERI ANN ECHLENBERG, Case Manager at ICCS,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 7, 2015**.

    Plaintiff's Motion to Strike Defendant's Porch Exhibit [filed May 7, 2015; docket #105] is **denied without prejudice** as follows. The exhibit to which Plaintiff refers is attached to Defendants' surreply filed April 20, 2015. *See* docket #104-2. Federal courts generally view motions to strike with disfavor and infrequently grant such requests. 5C Arthur R. Miller & Mary Kay Kane, *Federal Practice & Procedure* § 1380 (3d ed. 2011). Accordingly, the Court finds insufficient cause to strike the exhibit; however, the Court will consider the content of Plaintiff's motion to the extent it is included in her supplemental brief and/or declaration currently due May 14, 2015.